IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 SEP 29 PM 4: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

JAMES LITCHFIELD,

    Petitioner,

v.

T.C. OUTLAW,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2535 Ml/V

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, Order Denying Motion to Dismiss as Moot, and Order Certifying Appeal Not Taken in Good Faith, entered September 29, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 29, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02535 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James D. Litchfield
FPC-MILLINGTON
22801-044
P.O. Box 2000
Millington, TN 38083--200

Honorable Jon McCalla
US DISTRICT COURT